**FILED**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

NOV - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

FRED J. GENTILE, individually and on behalf of all others similarly situated,

           Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

           Defendant(s).
_____/

CASE NO. C-07-05349 JL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jayne A. Goldstein , an active member in good standing of the bar of U.S.D.C. for the Southern District of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Mager & Goldstein LLP, 1640 Town Center Circle, Suite 216, Weston, Florida 33326, (954) 515-0123

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Fred J. Gentile

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/24/07

_____
United States ~~Magistrate~~ Judge
~~James Larson~~